No. 25-14202

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

RESTORE ROBOTICS REPAIRS LLC,

    *Plaintiff-Appellant*,

v.

INTUITIVE SURGICAL INC.,

    *Defendant-Appellee*.

On Appeal from the United States District Court
for the Northern District of Florida,
No. 3:24-cv-444-MCR-ZCB, Hon. M. Casey Rodgers

## APPELLANT RESTORE ROBOTICS REPAIRS LLC'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PERSONS

Matthew D. Reade
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Phone: (202) 326-7900
mreade@kellogghansen.com

*Counsel for Appellant Restore Robotics Repairs LLC*

December 16, 2025

*Restore Robotics Repairs LLC v. Intuitive Surgical Inc.*,
No. 25-14202

## CORPORATE DISCLOSURE STATEMENT

No publicly held corporation owns 10% or more of the stock of Plaintiff-Appellant Restore Robotics Repairs LLC.

## CERTIFICATE OF INTERESTED PERSONS

Counsel lists the following persons and entities pursuant to Eleventh Circuit Rules 26.1-1 and 26.1-2:

1. Berhold, Jeffrey L.
2. Bolitho, Zachary C.
3. Clark Partington Hart Larry Bond & Stackhouse
4. Covington & Burling, LLP
5. Durling, James
6. Ecnailla Leber, LLC
7. Gallo, Kenneth A.
8. Harrison Rivard & Duncan
9. Harrison, William G., Jr.
10. Ho, Derek T.
11. Horvath, Tiffany (née Pages-Sanchez)
12. Iconocare Health Solutions, LLC

C-1 of 3

13. Intuitive Surgical Inc. (ISRG)

14. Jeffrey L. Berhold, PC

15. Kellogg, Hansen, Todd, Figel, & Frederick PLLC

16. Kramer, Jake L.

17. Lazerow, Andrew David

18. May, Kevin

19. Michael, William Baly

20. Parker Holding Group Inc.

21. Parker, Clifton

22. Parker, Stephanie

23. Partington, Bruce Douglas

24. Paul Weiss Rifkind Wharton & Garrison, LLP

25. R2 Surgical, LLC

26. Reade, Matthew D.

27. Restore Robotics Repairs LLC

28. Rodgers, M. Casey

29. Shanmugam, Kannon K.

30. Shrader, Thomas

*Restore Robotics Repairs LLC v. Intuitive Surgical Inc.*,
No. 25-14202

31. The May Family 2018 Revocable Trust Dated February 28, 2018

32. Thompson, Trevor A.

33. Veritas Trust

Except as disclosed, counsel is unaware of any actual or potential conflict of interest involving the judges of this Court.  If counsel learns of such a conflict, counsel will promptly notify the Court.

Dated:  December 16, 2025         /s/ *Matthew D. Reade*
                                  Matthew D. Reade
                                  KELLOGG, HANSEN, TODD,
                                    FIGEL & FREDERICK, P.L.L.C.
                                  1615 M Street, N.W., Suite 400
                                  Washington, D.C. 20036
                                  Phone: (202) 326-7900
                                  mreade@kellogghansen.com

                                  *Counsel for Appellant Restore Robotics Repairs LLC*