Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE.  Attach additional pages if necessary.*

11th Circuit Docket Number: 25-14202

| | |
|---|---|
| Caption: <br> Restore Robotics Repairs LLC <br><br> v. <br><br> Intuitive Surgical Inc. | District and Division: Northern District of Florida (Pensacola) <br> Name of Judge: M. Casey Rodgers <br> Nature of Suit: Antitrust, Sherman Act, 15 U.S.C. §§ 1, 2 <br> Date Complaint Filed: September 18, 2024 <br> District Court Docket Number: 3:24-cv-00444-MCR-ZCB <br> Date Notice of Appeal Filed: November 29, 2025 <br> ☐ Cross Appeal   ☐ Class Action <br> Has this matter previously been before this court? <br> ☐ Yes  ☑ No <br> If Yes, provide <br> (a) Caption: _____ <br> (b) Citation: _____ <br> (c) Docket Number: _____ |

| | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| For Appellant: <br> ☑ Plaintiff <br> ☐ Defendant <br> ☐ Other (Specify) | Matthew D. Reade | 1615 M St. NW, Ste. 400, Washington, D.C. 20036 | 202-326-7913 <br> 202-326-7999 <br> mreade@kellogghansen.com |
| For Appellee: <br> ☐ Plaintiff <br> ☑ Defendant <br> ☐ Other (Specify) | Kannon K. Shanmugam | 2001 K St. NW, Wahington, DC 20006 | 202-223-7325 <br> 202-204-7397 <br> kshanmugam@paulweiss.com |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question <br> ☐ Diversity <br> ☐ US Plaintiff <br> ☐ US Defendant | ☑ Final Judgment, 28 USC 1291 <br> ☐ Interlocutory Order, 28 USC 1292(a)(1) <br> ☐ Interlocutory Order Certified, 28 USC 1292(b) <br> ☐ Interlocutory Order, Qualified Immunity <br> ☐ Final Agency Action (Review) <br> ☐ 54(b) | ☑ Dismissal/Jurisdiction <br> ☐ Default Judgment <br> ☐ Summary Judgment <br> ☐ Judgment/Bench Trial <br> ☐ Judgment/Jury Verdict <br> ☐ Judgment/Directed Verdict/NOV <br> ☐ Injunction <br> ☐ Other _____ | Amount Sought by Plaintiff: <br> $ not specified <br> Amount Sought by Defendant: <br> $ _____ <br> Awarded: <br> $ _____ <br> to _____ <br> Injunctions: <br> ☐ TRO <br> ☐ Preliminary   ☐ Granted <br> ☐ Permanent    ☐ Denied |

Page 2                                                                                    11th Circuit Docket Number: __25-14202_____

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression?  ☐ Yes  ☑ No
    What is the issue you claim is one of First Impression? _____

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute?  ☐ Yes  ☑ No

    If Yes, provide
    (a) Case Name/Statute _____
    (b) Citation _____
    (c) Docket Number if unreported _____

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
    (a) Arises from substantially the same case or controversy as this appeal?  ☐ Yes  ☑ No
    (b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?  ☐ Yes  ☑ No

    If Yes, provide
    (a) Case Name _____
    (b) Citation _____
    (c) Docket Number if unreported _____
    (d) Court or Agency _____

(4) Will this appeal involve a conflict of law
    (a) Within the Eleventh Circuit?  ☐ Yes  ☑ No
    (b) Among circuits?  ☐ Yes  ☑ No

    If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

    Did the district court err by dismissing Restore Robotics's antitrust claims as time barred?

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS __16th_____ DAY OF __December_____, __2025_____.

Matthew David Reade                                          s/ Matthew David Reade
NAME OF COUNSEL (Print)                                      SIGNATURE OF COUNSEL