# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

RESTORE ROBOTICS           )
REPAIRS LLC,               )
                           )
    *Plaintiff–Appellant,*     )
                           )
                           )
vs.                        )
                           )
                           ) No. 25-14202
INTUITIVE SURGICAL INC.,   )
                           )
    *Defendant–Appellee.*      )
                           )
                           )
                           )
                           )
_____    )

## INTUITIVE SURGICAL INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Appellee Intuitive Surgical Inc., through their undersigned counsel, hereby submits its Certificate of Interested Persons and Corporate Disclosure Statement.

*Restore Robotics Repairs LLC* v. *Intuitive Surgical Inc.*
No. 25-14202

# CERTIFICATE OF INTERESTED PERSONS

Pursuant to Eleventh Circuit Rule 26.1-1(a)(2) and Fed. R. App. P. 26.1, appellee Intuitive Surgical Inc. certifies that the persons and entities listed in the Certificate of Interested Persons filed by appellant (ECF No. 9), is a correct and complete list of those persons and entities that may have an interest in the outcome of this appeal.

# CORPORATE DISCLOSURE STATEMENT

Appellee Intuitive Surgical Inc. discloses that it is a publicly traded company whose common stock is listed on the New York Stock Exchange (ISRG), and there are no parent corporations or publicly held corporations that own 10% or more of its stock.

/s/ Kannon K. Shanmugam

KANNON K. SHANMUGAM

JAMES DURLING

JAKE L. KRAMER

PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
  *2001 K Street, N.W.*
  *Washington, DC 20006*
  *(202) 223-7300*
  *kshanmugam@paulweiss.com*

WILLIAM B. MICHAEL

PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
  *1285 Avenue of the Americas*
  *New York, NY 10019*

December 19, 2025