No. 25-14202

# In the United States Court of Appeals for the Eleventh Circuit

RESTORE ROBOTICS REPAIRS LLC,
PLAINTIFF-APPELLANT

*v.*

INTUITIVE SURGICAL, INC.,
DEFENDANT-APPELLEE

*ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA (CIV. NO. 24-444)
(THE HONORABLE M. CASEY RODGERS, J.)*

**MOTION TO WITHDRAW APPEARANCE
OF KRISTA A. STAPLEFORD**

WILLIAM B. MICHAEL
JOSH STALLINGS
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
  *1285 Avenue of the Americas
  New York, NY 10019*

KRISTA A. STAPLEFORD
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
  *2001 K Street, N.W.
  Washington, DC 20006*

KANNON K. SHANMUGAM
MASHA G. HANSFORD
JAMES DURLING
JAKE L. KRAMER
DAVIS POLK & WARDWELL LLP
  *1050 17th Street, N.W.
  Washington, DC 20036
  (202) 962-7000
  kshanmugam@davispolk.com*

Pursuant to Federal Rule of Appellate Procedure 27, Krista A. Stapleford respectfully seeks leave to withdraw her appearance on behalf of Defendant-Appellee Intuitive Surgical.

1.      Effective July 2, 2026, Ms. Stapleford will no longer be associated with Paul, Weiss, Rifkind, Wharton & Garrison LLP and will not be participating further in this appeal. She does not require notice of further filings in this case and should be removed from all service lists.

2.      Appellee will continue to be represented by Kannon K. Shanmugam, Masha G. Hansford, James Durling, and Jake Kramer of Davis Polk & Wardwell LLP; and by William B. Michael and Josh Stallings of Paul, Weiss, Rifkind, Wharton & Garrison LLP, who have entered appearances in this matter and are members of the Bar of this Court.

3.      No prior application for relief has been made.

Accordingly, Ms. Stapleford respectfully requests that the Court grant leave for her to withdraw her appearance.

Respectfully submitted,

/s/ Krista A. Stapleford

KRISTA A. STAPLEFORD
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
  *2001 K Street, N.W.*
  *Washington, DC 20006*
  *(202) 223-7300*
  *kstapleford@paulweiss.com*

*Counsel for Defendant-Appellee*
*Intuitive Surgical*

JUNE 25, 2026

## CERTIFICATE OF COMPLIANCE
## WITH TYPEFACE AND WORD-COUNT LIMITATIONS

I, Krista A. Stapleford, a member of the Bar of this Court and counsel for Defendant-Appellee Intuitive Surgical, hereby certify that the attached motion is proportionately spaced, has a type-face of 14 points or more, and contains 156 words.

JUNE 25, 2026                                    /s/ Krista A. Stapleford
                                                 KRISTA A. STAPLEFORD